UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
Mund & Fester GMBH & CO. KG,
                    Plaintiff(s),                          09  Civ. 8946 (CM) (JCF)

            -against-

                                                          CALENDAR NOTICE

M/VEsther Schulte, in rem, et al
                    Defendant(s).
---------------------------------------------------X


            Please take notice that the above captioned matter has been **scheduled for** a :

___ Pre-trial Conference          ____Status Conference          ___ Oral argument
___ Settlement conference         ____ Plea Hearing              (Bankruptcy Appeal)
_X_ Rule (16) conference          ____ Final pre-trial conference
___ Telephone Conference          ____ Jury Selection and Trial
___ Non-Jury Trial                ____ Inquest


**before the Honorable Colleen McMahon, United States District Judge, on Friday, February
19, 2010 at 11:15 A.M.** in Courtroom 14C, U. S. District Court,  500 Pearl Street, New York,
New York 10007 .

            Any scheduling difficulties must be brought to the attention of the Court in writing and
faxed to Chambers at (212) 805-6326.

Dated: January 11 , 2010
            New York, New York




                                        So Ordered


                                        _____
                                        Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/11/10___